IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

2:15-CR-9-H-9

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ANTONIO TILLMON, ) | |
| Defendant. ) | |

This matter is before the court on defendant's motion to remove and dissolve protective order. [D.E. #457]. For insufficient cause shown and for reasons set forth in the government's response in opposition, defendant's motion is DENIED WITHOUT PREJUDICE.

In the government's response to defendant's motion, however, it concedes "nothing in the protective order required [defendant] to file any of his pretrial motions under seal" and does not object to the court unsealing all pretrial motions filed by defendant. Therefore, the clerk is directed to unseal docket entries ##458-63, ##520-21, #523, and #528.

This 8th day of March 2016.

Malcolm J. Howard
Senior United States District Judge

At Greenville
#34