IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:15-CR-9-H-9

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANTONIO TILLMON | ) | |

Upon motion of the United States of America and for good cause shown, it is hereby ORDERED that the North Carolina Law Enforcement Education and Training Standards Division provide the United States Attorney's Office for the Eastern District of North Carolina or the Federal Bureau of Investigation with any documents, information, and material within its possession or control of the law enforcement education, training, certifications, allegations of misconduct, and disciplinary actions related to Antonio Tillmon, the above-captioned defendant, including but not limited to records associated with Antonio Tillmon's employment as a corrections officer, and employment as a city police officer.

It is further ORDERED that all documents, information and material protected as confidential personnel file information under N.C.G.S. § 126-23 and 126-24 produced pursuant to this Order shall be used solely for the purpose of litigating the above-captioned action and shall not be used by the parties, their

counsel of record, or any other person to whom such material is disclosed in connection with any other action or proceeding or for any other purpose, except as otherwise agreed by the parties or ordered by the Court.

It is further ORDERED that dissemination of documents released pursuant to the terms of this Order, other than documents which are public record, shall be limited to: (i) the Federal Bureau of Investigation; (ii) counsel of record for each party and their staff; (iii) any expert witnesses or consultants, including their staffs, utilized by counsel to assist in the preparation of the case or to testify at trial or any other proceedings in this case; (iv) any witness, but only to the extent disclosure is necessary to assist in the prosecution or defense of this action; (v) any court that has cause to consider any of the issues in this litigation; and (vi) any other person to whom disclosure is allowed by agreement of the parties or to whom the court orders or allows disclosure after notice and opportunity for hearing.

IT IS SO ORDERED, this \_\_14 PM\_\_ day of September, 2016.

_____
MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE