UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION



UNITED STATES OF AMERICA

vs.   Case No: 2:15-CR-9-9H

ANTONIO TILLMON   ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on May 15, 2017 be turned over to Special Agent John Spears, FBI to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 1 | "Ten kilograms" |

This 16th day of May, 2017.

_____
MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____