UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION



UNITED STATES OF AMERICA

vs.

Case No: 2:15-CR-9-9H

ANTONIO TILLMON

ORDER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on May 17, 2017 be turned over to Special Agent John Spears, FBI to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
| --- | --- |
| 160 | Rifle |
| 162 | Magazine |
| 164 | 89 rounds ammo |
| 166 | Walther P99 gun |
| 168 | KelTec .38 gun w/ mag |
| 170 | 6 rounds .38 ammo |
| 172 | S&W .40 cal gun w/ mag |
| 174 | 15 rounds .40 cal ammo |
| 176 | Sig Sauer .45 cal w/ mag |
| 178 | 9 rounds .45 cal ammo |
| 180 | 38 rounds ammo |
| 182 | 46 rounds; 2 .40 cal rounds |
| 184 | 1 .38 cal mag, 6 rounds |
| 186 | Holster |
| 188 | Knife |
| 190 | Knife |
| 192 | Police badge & ID |
| 215 | Magizine holster |

This 17th day of May, 2017.

MALCOLM J. HOWARD
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____
1