# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### NORTHERN DIVISION

### CASE NO. 2:15-CR-0009-9H

UNITED STATES OF AMERICA )
                            )   ORDER GRANTING
                            )   MOTION TO SEAL DEFENDANT'S
v.                           )   SENTENCING MEMORANDUM
                            )
                            )
ANTONIO TILLMON          )

This matter comes before the Court on the motion of Defendant Antonio Tillmon to seal his sentencing memorandum. Having considered the motion and other matters of record, the Court finds that sealing is necessary to give effect to Local Criminal Rule 32.2(j), and therefore the motion to seal should be GRANTED. Docket Entry 848 shall remain under seal.

IT IS SO ORDERED.

This the 4th day of October, 2017.

_____
Malcolm J. Howard
Senior United States District Judge