IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:15-CR-9-9H

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| ANTONIO TILLMON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court following the published opinion from the Fourth Circuit Court of Appeals on February 26, 2019. [DE #897]. The Fourth Circuit's order vacated defendant's federal programs bribery convictions (Counts 32, 36, and 54), and held that as the vacatur did not change defendant's sentence and as defendant could not be sentenced to a lower term of imprisonment on the part of the sentence that was running concurrently with his sentence for the now-vacated federal programs bribery convictions, the case would not be remanded. The mandate issued on April 3, 2019. Defendant's petition for writ of certiorari to the United States Supreme Court was denied on October 7, 2019.

Therefore, for purposes of the record and in accordance with the opinion of the Fourth Circuit Court of Appeals, the clerk is directed to enter an amended judgment reflecting the vacatur of defendant's federal programs bribery convictions at Counts 32, 36,

and 54. All other aspects of the original judgment remain unchanged.

This 24th day of October 2019.

_____
Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#35