IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:15-CR-9-FL-9

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTONIO TILLMON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's pro se motion for reconsideration (DE 1043) of the court's February 7, 2022, order denying his motion for compassionate release. On July 25, 2022, the court appointed counsel to assist defendant with his renewed request for compassionate release. Accordingly, the instant motion reconsideration (DE 1043) is DENIED without prejudice to defendant filing a new motion for compassionate release through counsel. In the event counsel does not intend to file a renewed motion, they may move to withdraw from representation. To the extent the instant motion requests appointment of counsel, such request is moot in light of the July 25, 2022, order.

SO ORDERED, this the 9th day of August, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge